UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLINDA LOU CIESLA,

    Plaintiff,

v.                                            Case. No. 12-15092
                                              Hon. Lawrence P. Zatkoff

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

## OPINION AND ORDER

AT A SESSION of said Court, held in the United States Courthouse,
in the City of Port Huron, State of Michigan, on January 9, 2014

PRESENT: THE HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

### I. INTRODUCTION

Plaintiff filed this action seeking disability insurance benefits under the Social Security Act. This matter currently comes before the Court on the Magistrate Judge's Report and Recommendation [dkt 13], in which the Magistrate Judge recommends that Defendant's Motion for Summary Judgment [dkt 12] be granted and Plaintiff's Motion for Summary Judgment [dkt 10] be denied. No objections were filed to the Magistrate's Report and Recommendation, and the time period in which to do so has elapsed. *See* Fed. R. Civ. P 72(b)(2)

The Court has thoroughly reviewed the court file, the parties' motions, and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment [dkt 12] is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment [dkt 10] is DENIED.

IT IS SO ORDERED.

                                            S/Lawrence P. Zatkoff

                                            Hon. Lawrence P. Zatkoff
                                            U.S. District Judge

Date: January 9, 2014